UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTIVO, LLC, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) DOCKET NO. 1:16-CV-11104-RGS | |
| MONEY MANAGEMENT ) | |
| INTERNATIONAL, INC. ) | |
| ) | |
| <u>DEFENDANT</u> ) | |

**LOCAL RULE 7.1. (a)(2) CERTIFICATE CONCERNING TRUSTIVO, LLC'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that he has conferred with the counsel for the defendant Money Management International, Inc. in a good faith effort to resolve or narrow the issues raised in Trustivo, LLC's Emergency Motion for a Temporary Restraining Order (Docket Entry #4) and Trustivo, LLC's Motion for a Preliminary Injunction (Docket Entry #5), but has been unable to do so.

**TRUSTIVO LLC,**
*BY ITS COUNSEL,*

<u>*/s/ Timothy M. Hughes*</u>
Timothy M. Hughes, BBO#548708
Attorney at Law
6 Old County Road, Suite 9
Sudbury, MA 01776
978-443-4460
hugheslaw1@verizon.net

DATED: June 14, 2016

Case 1:16-cv-11104-RGS   Document 7   Filed 06/14/16   Page 2 of 2

2

CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of June, 2016, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by theCM/ECF system:

Pamela E. Berman, Esq.
Bowditch & Dewey, LLP
One International Place
44th Floor
Boston, MA 02110

                                         */s/ Timothy M. Hughes*
                                         Timothy M. Hughes