

*Bowditch*
*&Dewey*
ATTORNEYS

Pamela E. Berman
Direct telephone:  617-757-6538
Direct facsimile:  508-929-3138
Email:  pberman@bowditch.com

June 15, 2016

**VIA HAND DELIVERY**

The Honorable Nathaniel M. Gorton
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

      *Re:*    *TRUSTIVO, LLC v. Money Management International, Inc.;*
             *Civil Action No. 1:16-cv-11104-RGS*

Dear Judge Gorton:

      Bowditch & Dewey, LLP is counsel for Defendant Money Management International, Inc. ("MMI") in the above-captioned action.  I was very surprised to learn that an *ex parte* hearing had been held on the Motion of TRUSTIVO, LLC ("TRUSTIVO") for a Temporary Restraining Order. I tried to reach Timothy Hughes yesterday to learn how that occurred. He did not respond to my questions.  I was only able to reach him this morning when I called him on his cell phone.  Mr. Hughes informed me that he had told the Court that I had told him I did not want to be present at the Temporary Restraining Order Hearing.  That information was incorrect.

      I am enclosing with this letter a copy of an e-mail exchange I had with Mr. Hughes on June 14, 2016.  He asked if I was willing to appear before Judge Stearns on June 15 for a hearing on the Motion for a TRO.  I responded:  "MMI believes *there is no cause for an ex parte TRO or an injunction and intends to oppose one with proper notice and time to submit opposition papers."*  At no time, did I say I would not appear for a TRO hearing if one were scheduled.

      Indeed, the remainder of the e-mail reveals that MMI offered to maintain the TRUSTIVO telephone line *after June 15th* with a recording directing callers to a TRUSTIVO number but TRUSTIVO refused to provide that number.

      Even more troubling is that TRUSTIVO expressly agreed to a contract on January 5, 2016 which explicitly provided that MMI's services would end on May 31, 2016 if TRUSTIVO

{Client Files/249041/0999/MMI/TRUSTIVO/B0604760.DOCX;1}

Nathaniel M. Gorton
June 15, 2016
Page 2

and MMI did not come to agreement on new terms which they did not.  A true and correct copy
of the January Agreement is enclosed with this letter.  Therefore, TRUSTIVO cannot possibly
show that it is likely to succeed on the merits of its claim.

> While MMI looks forward to the Preliminary Injunction hearing where it will provide a
full showing of why the facts and law do not support TRUSTIVO's request for injunctive relief,
had MMI had the opportunity to be present at the TRO hearing, TRUSTIVO would not have
shown a likelihood of success on the merits, irreparable harm, balancing the harms favored
granting injunctive relief nor that the public interest favored granting an injunction when the
plain contract terms TRUSTIVO agreed to explicitly provided for MMI to cease providing
services on May 31, 2016.

Respectfully submitted,

Pamela E. Berman

PEB:jaf
Enclosures

cc; Timothy Hughes, Esq., *Via E-Mail and U.S. Mail*

**Berman, Pamela E.**

| | |
|---|---|
| **From:** | Berman, Pamela E. |
| **Sent:** | Tuesday, June 14, 2016 1:08 PM |
| **To:** | 'Timothy Hughes' |
| **Subject:** | RE: Activity in Case 1:16-cv-11104 Trustivo, LLC et al |

Dear Timothy,

Pursuant to the Agreement, MMI is willing to arbitrate with JAMS.

Please let me know  the telephone number which TRUSTIVO would like placed on the recording on MMI's TRUSTIVO line at midnight on June 15, 2016.  If TRUSTIVO does not provide a telephone number for the recording, then TRUSTIVO will have  made the decision to have MMI turn off its telephone line without a forwarding number being provided for any calls received after midnight on June 15, 2016.

MMI believes there is no cause for an ex parte TRO  or an injunction and intends to oppose one with proper notice and time to submit opposition papers. Thank you.

Sincerely,

Pam
**Pamela E. Berman**
**Bowditch & Dewey, LLP |Direct 617-757-6538 | Fax 508-929-3138**
One International Place, 44th Floor, Boston, MA  02110
www.bowditch.com |pberman@bowditch.com | Vcard

---

**From:** Timothy Hughes [mailto:hugheslaw1@verizon.net]
**Sent:** Tuesday, June 14, 2016 12:19 PM
**To:** Berman, Pamela E.
**Subject:** Re: Activity in Case 1:16-cv-11104 Trustivo, LLC et al

Ms. Berman, thank you for speaking with me a short while ago.  I have conferred with my client and have been advised that there is nothing additional that they can add to the message that your MMI intends to place on the Trustivo recorded call line.  As we have said in our court papers, termination of the service will result in irreparable harm to Trustivo and cause substantial damages.

Please advise me as to whether you are willing to appear before Judge Stearns tomorrow for a hearing on the motion for  TRO.

Again, if MMI is interested in mediating this dispute before JAMS in Boston, please let me know.


Timothy Hughes
Attorney at Law
6 Old County Road
Suite 9
Sudbury, MA 01776
978-443-4460

**Rad H. Pasovschi**

| | |
|---|---|
| **From:** | Scataglia, Tony <Tony.Scataglia@MONEYMANAGEMENT.ORG> |
| **Sent:** | Tuesday, January 5, 2016 1:00 PM |
| **To:** | 'Rad H. Pasovschi' |
| **Subject:** | TRUSTIVO Agreement |

Rad,

After hearing from you and receiving further input from the various MMI departments involved in the program and MMI legal, we propose the following for continuing the program through May 31, 2016:

MMI is willing to provide services February 1, 2016 through May 31, 2016, if the following terms, which may be inconsistent with the July 1, 2014 Agreement (Agreement), are agreeable. Capitalized terms below have the same meaning as in the Agreement.

On or about May 1, 2016, you and I will need to discuss whether MMI will continue providing services under the Agreement. If MMI continues to not recover its costs to provide Education and Triage Services from July 1, 2014 through May 1, 2016, TRUSTIVO will either need to provide further funding to MMI in an amount agreeable to MMI and supported by its estimated expenses or the Agreement will be terminated as of May 31, 2016.

Sharen Hammond will be your main point of operations contact for MMI.

MMI and TRUSTIVO personnel will treat each other with the utmost professionalism and courtesy.

MMI will provide Triage Services Monday through Friday from 8am to 6pm Central.

TRUSTIVO shall communicate process and program changes to MMI in a timely manner.

TRUSTIVO will pay MMI $5 per call directed to MMI for Triage Services. MMI will not charge TRUSTIVO additional fees for providing Sessions to Qualified Members. (Please note that this payment per call is not enough funding to cure the 18.2.5 termination provision.) MMI will provide TRUSTIVO an invoice for these calls on a monthly basis and shall be paid within 20 calendar days from the date of invoice.

The MMI FirstContact specialists and agent greetings utilized will answer the Triage Service calls as TRUSTIVO and are not going to be experts in financial services. TRUSTIVO understands that it is not MMI's normal practice to use another company's brand in its greeting.

The calls that MMI receives for Triage and Education Services are not the property of TRUSTIVO. MMI will provide no more than three (3) redacted calls to TRUSTIVO per month for review.

MMI will provide refresher training to its personnel utilizing internal resources only.

If the following is agreeable to you, please reply to me "I accept these terms" along with this email.

MMI's termination notice provided to you remains in effect until we have written confirmation between us regarding how we are going to move forward.

Thanks,

1

## Rad H. Pasovschi

| | |
|---|---|
| **From:** | Rad H. Pasovschi <rpasovschi@trustivo.com> |
| **Sent:** | Tuesday, January 5, 2016 3:17 PM |
| **To:** | 'Scataglia, Tony' |
| **Cc:** | 'Rad H. Pasovschi' |
| **Subject:** | RE: TRUSTIVO Agreement |

Tony, on behalf of TRUSTIVO, I accept these terms in your email below.

While this addresses the first aspect, i.e. "telephonic" referral process, please let me know who would be the most appropriate person to discuss the second referral process, i.e. online/web referral process to MMI. If Ok with you, I would suggest sooner rather than later as to have all the web links in place for the 2/15 launch date.

We look forward to our continued partnership.

Best.

Rad H. Pasovschi • Chairman and CEO
245 First Street, Suite 1800, Cambridge, MA 02142
☎: Direct 978. 828.7772.
✉: rpasovschi@trustivo.com
Web • www.trustivo.com

 TRUSTIVO